EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| PLATINUM PRESS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.: _____ |
| | § | |
| XEIKON AMERICA, INC., | § | |
| | § | |
| Defendant. | § | |

## INDEX OF MATTERS BEING FILED

1. Certified Copy of 10/22/15 Docket Sheet

2. 11/18/15 153rd Judicial District Court, Tarrant County, Texas Transaction Sheet

3. Certified Copy of 10/22/15 Plaintiff's Original Petition

4. Certified Copy of 11/4/15 Return of Service

5. Citation and Original Petition Served on Xeikon America, Inc. on 10/30/15

6. Certificate of Interested Persons